IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :     Criminal No. 1:25-CR-00260

      : 

     v.       :     (Judge Neary)

      : 

JARON JOHNSON     :     (Filed Electronically)

## **SUBSTITUTION OF COUNSEL**

By Order filed October 15, 2025 (Doc. 11), the Federal Public Defender's

Office was appointed to represent Jaron Johnson in the above-captioned case and

docketed Ari D. Weitzman, Esquire, Assistant Federal Public Defender, as Lead

Attorney.  Please enter my appearance on behalf of Mr. Johnson in the above-

captioned case, in substitution of Attorney Weitzman.

                   Respectfully submitted,

Date:  January 29, 2026        */s/ Beatrice F. Diehl*
                      BEATRICE F. DIEHL, ESQUIRE
                      Asst. Federal Public Defender
                      Attorney ID# FL0124667
                      100 Chestnut Street, Third Fl.
                      Harrisburg, PA  17101
                      Tel. No. 717-782-2237
                      Fax No. 717-782-3881
                      Beatrice_Diehl@fd.org

## **CERTIFICATE OF SERVICE**

I, Beatrice F. Diehl, Esquire, of the Federal Public Defender's Office, do

hereby certify that I served a copy of the foregoing **Substitution of Counsel**, via

Electronic Case Filing, addressed to the following:

MICHAEL SCALERA, ESQUIRE
U.S. Attorney's Office
*michael.scalera2@usdoj.gov*

Jaron Johnson

Date:  January 29, 2026

*/s/ Beatrice F. Diehl*
BEATRICE F. DIEHL, ESQUIRE
Asst. Federal Public Defender
Attorney ID# FL0124667
100 Chestnut Street, Third Fl.
Harrisburg, PA  17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
Beatrice_Diehl@fd.org